# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 14-cv-05417-MEJ <br><br> **ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on March 12, 2015. However, as there is a pending Motion to Withdraw as Attorney for Plaintiff, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: March 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge