UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 14-cv-05417-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Lucille Winston, individually and as Guardian Ad Litem for Lumari Winston, filed this case on December 11, 2014, at which time she was represented by William W. Haskell of the Law Offices of H. Nelson Meeks. Dkt. No. 1. On February 25, 2015, Mr. Haskell filed a Motion to Withdraw as Attorney of Record, stating that a difference of opinion as to how this case should proceed had arisen and that Plaintiff stopped communicating with him. Dkt. No. 7. The Court granted Mr. Haskell's motion, on the condition that the Law Offices of H. Nelson Meeks continued to serve all papers from the Defendants and the Court until Plaintiffs filed either (1) a substitution of counsel as provided by Civil Local Rule 11-5(b), or (2) a statement expressing their desire to represent themselves in this case. Dkt. No. 10. The Court ordered Plaintiffs to file either a notice of their intent to appear pro se or a substitution of counsel by April 13, 2015.

As Plaintiffs have failed to respond, the Court hereby ORDERS them to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by May 13, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 28, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiffs that the Court may dismiss this case without a

hearing if no responsive declaration is filed.  Thus, it is imperative that the Court receive a written response by the deadline above.

    The Law Office of H. Nelson Meeks is ORDERED to serve this Order to Show Cause upon Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge