UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 14-cv-05417-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

Plaintiff Lucille Winston, individually and as Guardian Ad Litem for Lumari Winston, filed this case on December 11, 2014, at which time she was represented by William W. Haskell of the Law Offices of H. Nelson Meeks.  Dkt. No. 1.  On February 25, 2015, Mr. Haskell filed a Motion to Withdraw as Attorney of Record, stating that a difference of opinion as to how this case should proceed had arisen and that Plaintiff stopped communicating with him.  Dkt. No. 7. The Court granted Mr. Haskell's motion, on the condition that the Law Offices of H. Nelson Meeks continued to serve all papers from the Defendants and the Court until Plaintiffs filed either (1) a substitution of counsel as provided by Civil Local Rule 11-5(b), or (2) a statement expressing their desire to represent themselves in this case.  Dkt. No. 10.  The Court ordered Plaintiffs to file either a notice of their intent to appear pro se or a substitution of counsel by April 13, 2015.

As Plaintiffs failed to respond, the Court ordered them to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Dkt. No. 12. The Court ordered Plaintiffs to file a declaration by May 13, 2015, and warned them that the Court may dismiss this case if no responsive declaration is filed.  *Id.*

Although Plaintiffs did not file a responsive declaration, on May 7, 2015, Brian L. Larsen filed a Notice of Appearance as counsel for Plaintiffs.  Dkt. No. 13.  Accordingly, so that this case

1  may proceed on the merits, the Court DISCHARGES the Order to Show Cause.  The Court shall

2  conduct a Case Management Conference on July 2, 2015 at 10:00 a.m. in Courtroom B.  The

3  parties shall file a Joint Case Management Conference Statement by June 25, 2015.

4  **IT IS SO ORDERED.**

6  Dated: May 14, 2015

7  _____

8  MARIA-ELENA JAMES
   United States Magistrate Judge