UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No.  14-cv-05417-MEJ<br><br>**ORDER SETTING SERVICE DEADLINE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Although this case has been pending since December 11, 2014, there is no indication that any of the named Defendants have been served in compliance with Federal Rule of Civil Procedure 4.  "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Accordingly, the Court ORDERS Plaintiffs to serve all Defendants by July 20, 2015.  Any Defendants that are not served by July 20 shall be dismissed without prejudice, unless Plaintiffs establish good cause for their failure to comply with court deadlines.

The Court shall conduct a Case Management Conference on August 27, 2015 at 10:00 a.m. in Courtroom B.  The parties shall file a Joint Case Management Conference Statement by August 20, 2015.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge