UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-05417-MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

This case has been pending since December 11, 2014, yet there is no indication any of the named Defendants have been served in compliance with Federal Rule of Civil Procedure 4.  The Court previously ordered Plaintiffs to serve all Defendants by July 20, 2015, and warned: "Any Defendants that are not served by July 20 shall be dismissed without prejudice, unless Plaintiffs establish good cause for their failure to comply with court deadlines." Dkt. No. 16.  As there is still no indication that Defendants have been served, the Court ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by August 28, 2015.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 10, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby provided to Plaintiffs that the Court **shall** dismiss this case without a hearing if no responsive declaration is filed.  Thus, it is imperative that the Court receive a written response by the deadline above.  No chambers copy is required.

　　　The August 27, 2015 Case Management Conference is VACATED.

　　　**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge