UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCILLE WINSTON, et al.,

          Plaintiffs,

     v.

DEPARTMENT OF AGRICULTURE, et al.,

          Defendants.

Case No.   14-cv-05417-MEJ

**THIRD ORDER TO SHOW CAUSE**

On September 18, 2015, Defendants filed a Motion to Dismiss, with a noticed hearing date of November 5, 2015.  Dkt. No. 25.  However, Plaintiffs failed to file an opposition pursuant to Civil Local Rule 7.  Further, on September 21, 2015, the Court directed the parties to consent or decline magistrate judge jurisdiction by October 2, yet Plaintiffs failed to respond.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiffs Lucille Winston and Lumari Newsome to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by October 21, 2015.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 5, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed.  Thus, it is imperative that the Court receive a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: October 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California