UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCILLE WINSTON, et al.,

    Plaintiffs,

v.

DEPARTMENT OF AGRICULTURE, et al.,

    Defendants.

Case No. 14-cv-05417-MEJ

**ORDER DISCHARGING THIRD ORDER TO SHOW CAUSE**

On October 7, 2015, the Court issued a Third Order to Show Cause regarding Plaintiffs Lucille Winston and Lumari Newsome's failure to prosecute. Dkt. No. 31. Although Plaintiffs have not yet responded to the order, they have now filed a Statement of Non-Opposition to the federal Defendants' pending Motion to Dismiss. Accordingly, the Court DISCHARGES the Order to Show Cause. Plaintiffs shall file a Second Amended Complaint by October 20, 2015. The federal Defendants' motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: October 13, 2015

    MARIA-ELENA JAMES
    United States Magistrate Judge