UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE WINSTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05417-MEJ<br><br>**ORDER DISCHARGING FOURTH ORDER TO SHOW CAUSE** |

　　　　Having received Plaintiff's and her counsel's response to the Fourth Order to Show Cause in this case, the order is DISCHARGED. Defendants shall file their responsive pleading by November 23, 2015.

　　　　**IT IS SO ORDERED.**

Dated: November 3, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge