1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      FAX: (415) 436-6748
       jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendant
8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  LUCILLE WINSTON and L.N.,              )  Case No. 14-cv-05417 MEJ (SK)
                                           )
14         Plaintiffs,                     )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER TO EXTEND DISCOVERY**
15     v.                                  )  **AND DISPOSITIVE MOTIONS**
                                           )  **DEADLINES**
16  UNITED STATES OF AMERICA, et al.,      )
                                           )
17         Defendants.                     )
                                           )
18

19         Subject to the approval of the Court, plaintiffs Lucille Winston and L.N.,[1] federal defendant

20  United States of America, and defendants Keenan Lee Grawe and Karen Himes Grawe, (collectively,

21  "the parties") by and through their respective counsel, hereby stipulate to extend the deadlines for fact

22  and expert discovery, and the deadlines for dispositive motions. The parties, by and through their

23  counsel of record, hereby stipulate and agree as follows:

24     1. Pursuant to the Court's February 11, 2016 Case Management Order, the discovery and

25  dispositive motions deadlines are currently as follows:

26         • Disclosure of Expert Witnesses:  August 12, 2016

27

28  ———————————
       [1] Pursuant to Federal Rule of Civil Procedure 5.2(a), only plaintiff's initials are provided.
   STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES
   CASE NO. 14-CV-05417 MEJ (SK)                    1

- Disclosure of Rebuttal Expert Witnesses:  August 22, 2016
- Close of Discovery:  September 6, 2016
- Deadline to File Dispositive Motions:  October 6, 2016

The initial pretrial conference is set for February 16, 2017; the final pretrial conference is set for March 16, 2017; and the trial in this case is set to begin on March 27, 2017.

2.   The parties seek to extend the deadline for expert witnesses to September 19, 2016, the deadline for disclosure of rebuttal expert witnesses to October 17, 2016, the close of discovery to November 18, 2016, and the deadline to file dispositive motions to October 27, 2016.  The extension is needed because the parties are currently in the process of scheduling mutually convenient dates for the depositions of the plaintiffs in this action, and the parties anticipate that additional time after those depositions will be needed to allow time for further fact and expert discovery.

3.   For the reasons discussed above, subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to extend the expert disclosure deadline from August 12, 2016 to September 19, 2016; the rebuttal expert disclosure deadline from August 22, 2016 to October 17, 2016; the close of expert discovery from September 6, 2016 to November 18, 2016; and the deadline to file dispositive motions from October 6, 2016 to October 27, 2016.  All other case management dates, including the trial date, would remain the same.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted,<br>BRIAN J. STRETCH<br>United States Attorney<br>/s/ Jennifer S Wang |
| Dated: July 13, 2016 | JENNIFER S WANG*<br>Assistant United States Attorney |
| Dated: July 13, 2016 | LAW OFFICES OF BRIAN L. LARSEN<br>/s/ Brian L. Larsen<br>BRIAN L. LARSEN<br>Attorneys for Plaintiffs |
| Dated:  July 11, 2016 | VOGL MEREDITH & BURKE LLP<br>/s/ Michael Burke<br>MICHAEL BURKE<br>Attorneys for Defendants Keenan Lee Grawe and Karen Himes Grawe |

STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES
CASE NO. 14-CV-05417 MEJ (SK)                    2

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that plaintiffs and defendants Keenan and Karen Grawe have concurred in the filing of this document.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that:

1. The deadline for disclosure of expert witnesses is September 19, 2016
2. The deadline for disclosure of rebuttal expert witnesses is October 17, 2016
3. The close of discovery will be November 18, 2016
4. The deadline to file dispositive motions will be October 27, 2016, and the last day to hear dispositive motions will be December 1, 2016.

IT IS SO ORDERED.

Dated:   July 14, 2016

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE